JAP:TJS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

11-1265M

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DANIELLE WYNN,

          Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    THOMAS WILBERT, being duly sworn, deposes and states that he is a Special Agent with United States Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    On December 22, 2011, the defendant DANIELLE WYNN voluntarily removed a vaginal insert with a total gross weight of approximately 177.7 grams of cocaine. Commencing on or about December 22, 2011, WYNN passed a total of 2 pellets that did not test positive for the presence of a controlled substance.

2

WHEREFORE, your deponent respectfully requests that the defendant DANIELLE WYNN be dealt with according to law.

_____
THOMAS WILBERT
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sv
24

Un
Ea